JAMES R. LAWRENCE, III (*pro hac vice* pending)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.173

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, and The Babylon Bee LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **MINDS, INC., TIM POOL, and THE BABYLON BEE LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT A. BONTA, Attorney General of California, in his official capacity,**<br><br>Defendant. | Case No.: 2:23-cv-02705<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7-1, the undersigned, counsel of record for Plaintiffs Minds, Inc., Tim Pool, and The Babylon Bee LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Minds, Inc., which has no parent corporation.  No publicly held corporation holds more than 10% of the stock of Minds, Inc.
- Tim Pool
- The Babylon Bee LLC, which has no parent corporation.  No publicly held corporation holds more than a 10% interest in The Babylon Bee LLC.

Dated April 11, 2023

ENVISAGE LAW
CHARIS LEX P.C.

By:   */s/ James R. Lawrence, III*
         James R. Lawrence, III

*Attorneys for Plaintiffs Minds, Inc.,
Tim Pool, and The Babylon Bee LLC*