Sean P. Gates (SBN 186247)
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minds, Inc., et al.<br><br>v.<br><br>Robert A. Bonta, Attorney General of California<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-02705<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lawrence, James R.  of  ENVISAGE LAW
*Applicant's Name (Last Name, First Name & Middle Initial)*   2601 Oberlin Road, Suite 100
919.755.1317     919.782.0452   Raleigh, North Carolina 27608
*Telephone Number*   *Fax Number*
jlawrence@envisage.law
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Minds, Inc., Tim Pool, The Babylon Bee LLC

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gates, Sean P.   of  CHARIS LEX P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*   225 S. Lake Ave., Ste. 300
186247    626-508-1715   6265081730   Pasadena, CA 91101
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
sgates@charislex.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge