1  SEAN P. GATES (SBN 186247)
   sgates@charislex.com
2  CHARIS LEX P.C.
   225 S. Lake Ave., Ste. 300
3  Pasadena, CA 91101
   Phone: 626.508.1715
4  Facsimile: 626.508.1730

5  *Attorneys for Plaintiffs Minds, Inc.,
   Tim Pool, and The Babylon Bee LLC*

6
7                    **UNITED STATES DISTRICT COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
9                           **WESTERN DIVISION**

10 | **MINDS, INC., TIM POOL, and THE BABYLON BEE LLC,** | Case No.: 2:23-cv-02705-RGK-MAA |
11 | | |
12 | Plaintiffs, | **CERTIFICATE OF SERVICE - SUMMONS** |
13 | v. | |
14 | **ROBERT A. BONTA, Attorney General of California, in his official capacity,** | |
15 | | |
16 | Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

---

CERTIFICATE OF SERVICE

Attached hereto as Exhibit A is a certificate of service for the following documents, which were served by personal delivery to Robert A. Bonta, Attorney General of California, in his official capacity, on April 13, 2023:

1. Summons in a Civil Action;
2. Complaint;
3. Civil Cover Sheet;
4. Notice of Interested Parties and Corporate Disclosure Statement;
5. Notice of Assignment to United States Judges; and
6. Notice to Parties of Court-Directed ADR Program.

Dated: April 17, 2023                           CHARIS LEX P.C.

                                                By:  /s/ *Sean P. Gates*
                                                     SEAN P. GATES

                                                     Attorneys for Plaintiffs Minds, Inc.,
                                                     Tim Pool, and The Babylon Bee LLC

# Exhibit A

| *Attorney or Party without Attorney:*<br>SEAN P. GATES (SBN 186247)<br>Charis Lex PC<br>225 S Lake Ave Suite 300<br>Pasadena, CA 91101<br>*Telephone No:* 626-508-1717<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>MINDS V. BONTA | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Central District of California, Western Division | | |
| *Plaintiff:* MINDS, INC.; ET AL<br>*Defendant:* ROBERT A. BONTA, Attorney General of California, in his official capacity | | |
| **PROOF OF SERVICE** | *Hearing Date:*   *Time:*   *Dept/Div:* | *Case Number:*<br>2:23-cv-02705-RGK-MAA |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties and Corporate Disclosure Statement; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program

3. a. Party served:   ROBERT A. BONTA, Attorney General of California, in his official capacity
   b. Person served: Destiny "Doe", Civil Intake Clerk, African American, Female, Age: 30, Hair: Brown, Eyes: Brown, Height: 5'6", Weight: 120, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 S Spring St, Los Angeles, CA 90013

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Apr 13, 2023 (2) at: 02:45 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)          d. **The Fee** for Service was:  $107.25
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

04/14/2023
(Date)                                                                 (Signature)



PROOF OF SERVICE

8707033
(5287521)