# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDS, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT A. BONTA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−02705−RGK−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 4/14/2023 | 11 | APPLICATION of Non−Resident Attorney James R. Lawrence to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

   The document is accepted as filed. HOWEVER, Counsel shall take care to properly indicate the case number for each document filed. Any future errors may be met with the striking of each document.

DATED: April 18, 2023            /s/ *R. Gary Klausner*
                                 United States District Judge

G–112B (08/22) **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**