# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minds, Inc., et al.<br>Plaintiff(s)<br>v.<br>Robert A. Bonta, Attorney General of California<br>Defendant(s). | CASE NUMBER **2:23-cv-02705-RGK-MAAx**<br><s>2:23-cv-02705</s><br><br>**<s>(PROPOSED)</s> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Lawrence, James R.**
*Applicant's Name (Last Name, First Name & Middle Initial)*
919.755.1317 — *Telephone Number*
919.782.0452 — *Fax Number*
jlawrence@envisage.law — *E-Mail Address*

of **ENVISAGE LAW**
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Minds, Inc., Tim Pool, The Babylon Bee LLC**
*Name(s) of Party(ies) Represent*

✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

**Gates, Sean P.**
*Designee's Name (Last Name, First Name & Middle Initial)*
186247 — *Designee's Cal. Bar No.*
626-508-1715 — *Telephone Number*
6265081730 — *Fax Number*
sgates@charislex.com — *E-Mail Address*

of **CHARIS LEX P.C.**
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: 4/17/2023

*[signature]*
U.S. District Judge/<s>U.S. Magistrate Judge</s>