| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | PAUL STEIN<br>Supervising Deputy Attorney General |
| 3 | SHARON L. O'GRADY<br>Deputy Attorney General |
| 4 | State Bar No. 102356<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3834 |
| 6 |  Fax:  (415) 703-1234<br> E-mail:  Sharon.OGrady@doj.ca.gov |
| 7 | *Attorneys for Attorney General, State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MINDS, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date: June 19, 2023<br>Time: 9:00 am<br>Courtroom: 10B<br>Judge: The Honorable R. Gary Klausner<br>Trial Date: None set<br>Action Filed: April 13, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 a.m. on June 19, 2023, before the Honorable R. Gary Klausner, First Street Courthouse, Courtroom 10B, 350 W. First Street, Los Angeles, CA 90012, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, will and hereby does move this Court to dismiss without leave to amend Plaintiffs' Complaint for Declaratory and Injunctive Relief pursuant to Federal Rules of Civil Procedure 12(b)(1) and

1

12(b)(6). **This motion is made following the conference of counsel that took place on April 26, 2023.**

This motion to dismiss is brought on the grounds that Plaintiffs lack standing and their claims are not ripe, and the Complaint fails to state a claim as a matter of law and cannot be cured by amendment. This motion is based on this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice, the papers and pleadings on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

Dated: May 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Sharon L. O'Grady*
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Attorney General, State of California*

SA2023302140
43683337.docx

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Minds, Inc., et al. v. Robert Bonta** | No. | **2:23-cv-02705- RGK-MAAx** |

I hereby certify that on May 3, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**
2. **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**
3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS WITH EXHIBITS 1-6**
4. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 3, 2023, at San Francisco, California.

| | |
|---|---|
| K. Figueroa-Lee | /s/ |
| Declarant | Signature |

SA2023302140
43682596.docx