ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3834
 Fax: (415) 703-1234
 E-mail: Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MINDS, INC., ET AL,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA,**<br><br>Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: June 19, 2023<br>Time: 9:00 am<br>Courtroom: 10B<br>Judge: The Honorable R. Gary Klausner<br>Trial Date: None set<br>Action Filed: April 13, 2023 |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, requests that the Court take judicial notice of publicly available government records that are not subject to reasonable dispute and whose accuracy cannot reasonably be questioned. Fed, R. Evid. 201(b); *United States v. Corinthian Colleges*, 655 F.3d 984, 998-90 (9th Cir. 2011).

1    First, Defendant asks the Court to take judicial notice of the existence and
2    terms of the following documents which are legislative history for California
3    Assembly Bill No. 587 (2021-2022 Reg. Sess) ("AB 587"):

4    Exhibit 1: *Social Media Companies: Terms of Service,* Assembly Committee
5    on Judiciary Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended
6    March 25, 2021, date of hearing Apr. 27, 2022 (April 24, 2022).

7    Exhibit 2: *Social Media Companies: Terms of Service*, Senate Judiciary
8    Committee Report on Assembly Bill 587 (2021-2022 Reg. Sess.), as amended
9    June 23, 2022, date of hearing June 28, 2022 (June 25, 2022).

10   Exhibit 3: *Social Media Companies: Terms of Service*, Senate Rules
11   Committee Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended
12   August 11, 2022 (Aug. 26, 2022).

13   Exhibit 4: *Social Media Companies: Terms of Service*, Assembly Committee
14   on Judiciary Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended
15   March 25, 2021, date of hearing April 27, 2021 (Apr. 24, 2021).

16   It is well settled that legislative history is properly the subject of judicial
17   notice. *See, e.g.*, *Geo Group, Inc. v. Newsom*, 50 F.4th 745, 767 & n.5 (9th Cir.
18   2022); *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F.3d
19   1109, 1120 n.8 (9th Cir. 2013); *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th
20   Cir. 2012); *Estate of Graham v. Sotheby's Inc.*, 860 F. Supp. 2d 1117, 1125 n.6
21   (C.D. Cal. 2012) (holding that legislative history is properly the subject of judicial
22   notice).  The legislative history for AB 587 is relevant to show the California
23   Legislature's intent in enacting the statute and the substantial state interest served
24   by the statute.

25   Second, defendant asks the court to take judicial notice of the following
26   documents which are official government records:

27   Exhibit 5:  Press Release, Office of Governor Gavin Newsom, *Governor*
28   *Newsom Signs Nation-Leading Social Media Transparency Measure* (Sept. 12,

2022). Exhibit 5 is the press release issued when Governor Newsom signed AB 587, and is cited, and is partially quoted, at paragraphs 17 and 59 of the Complaint, docket entry 1.

Exhibit 6: Letter from Attorney General Bonta to Meta Platforms, Inc., YouTube, Inc., Twitter, Inc., TickTok Inc. and Reddit Inc. (Nov. 3, 2022). It is cited and partially quoted at paragraphs 18-20 of the Complaint.

As discussed in Defendant's motion to dismiss, docket entry 15, these documents are not legislative history for AB 587, because they were not available to the Legislature when it considered AB 587 (and indeed were not created until after the Legislature passed AB 587). Under California law, a statute's true legislative history consists of the materials relating to the bill that the whole California Legislature had available when deliberating over the bill. *Noori v. Countrywide Payroll & HR Solutions, Inc.*, 257 Cal. Rptr. 3d 102, 110 n. 11 (Cal. Ct. App. 2019). However, the documents are public records the authenticity of which is undisputed, since they are posted on official government internet sites. To the extent Court considers the allegations of the Complaint concerning these documents to be relevant to Defendant's motion to dismiss, Docket entry 15, Defendant respectfully requests that the Court take judicial notice of the documents themselves.

Dated: May 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

//s// *Sharon L. O'Grady*
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Defendant*

SA2023302140

# DECLARATION OF COUNSEL

I, Sharon L. O'Grady, declare as follows:

1. I am a Deputy Attorney General for the State of California and am counsel of record for Defendant in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify to the truth thereof.

Exhibits 1 through 4 are true and correct copies of publicly available government records that are currently posted on the Official California Legislative Information website, https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220AB587 [as of April 24, 2023].

Exhibit 5 is a true and correct copy of a publicly available government record posted on the official website of the Office of Governor Newsom, https://www.gov.ca.gov/2022/09/13/governor-newsom-signs-nation-leading-social-media-transparency-measure/ [as of May 1, 2023].

Exhibit 6 is a true and correct copy of a publicly available government record posted on the official website of the Office of Governor Newsom, https://oag.ca.gov/news/press-releases/attorney-general-bonta-calls-social-media-companies-stop-spread-disinformation [as of May 1, 2023].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Berkeley, California on May 3, 2021.

*/s/ Sharon L. O'Grady*
SHARON L. O'GRADY

4