1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  SHARON L. O'GRADY
   Deputy Attorney General
4  State Bar No. 102356
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3834
6   Fax:  (415) 703-1234
    E-mail:  Sharon.OGrady@doj.ca.gov
7  *Attorneys for Attorney General, State of California*

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                       WESTERN DIVISION
11
12

| | |
|---|---|
| **MINDS, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**ERRATA TO MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (Docket entry 16-1)**<br><br>Date:          June 5, 2021<br>Time:         9:00 am<br>Courtroom: 10B<br>Judge:        The Honorable R. Gary Klausner<br>Trial Date:  None set<br>Action Filed: April 13, 2023 |

   Defendant respectfully submits this errata to the Memorandum in Support of Defendant's Motion to Dismiss, Docket entry 16-1:

   All references to "Docket entry 15…" at pages 1 and 13-15 should be changed to "Docket entry 16…."

| | | |
|---|---|---|
| 1 | Dated: May 5, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | PAUL STEIN |
| 4 | | Supervising Deputy Attorney General |

/s/ Sharon L. O'Grady
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Attorney General, State of California*

SA2023302140
43692154.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Minds, Inc., et al. v. Robert Bonta** | No. | **2:23-cv-02705- RGK-MAAx** |

I hereby certify that on <u>May 5, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ERRATA TO MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS (Docket Entry 16-1)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 5, 2023</u>, at San Francisco, California.

| K. Figueroa-Lee | *[signature]* |
|---|---|
| Declarant | Signature |

SA2023302140
43691987.docx