JAMES R. LAWRENCE, III (*pro hac vice*)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.173

*Attorneys for Plaintiffs Minds, Inc.,
Tim Pool, The Babylon Bee LLC, and
National Religious Broadcasters*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ROBERT A. BONTA, Attorney General of California, in his official capacity,**<br><br>**Defendant.** | Case No.: 2:23-cv-02705-RGK-MAA<br><br>**ADDITIONAL NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7-1, the undersigned, counsel of record for National Religious Broadcasters, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- National Religious Broadcasters.

National Religious Broadcasters has no parent corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated May _, 2023

ENVISAGE LAW
CHARIS LEX P.C.

By: /s/ Sean Gates
    Sean Gates

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, and National Religious Broadcasters*

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE