ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3834
 Fax:  (415) 703-1234
 E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MINDS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:     June 26, 2023<br>Time:     9:00 am<br>Courtroom:  10B<br>Judge:    The Honorable R. Gary Klausner<br>Trial Date: None set<br>Action Filed: April 13, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 9:00 a.m. on June 26, 2023, before the Honorable R. Gary Klausner, First Street Courthouse, Courtroom 10B, 350 W. First Street, Los Angeles, CA 90012, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, will and hereby does move this Court to dismiss without leave to amend Plaintiffs' Amended Complaint for Declaratory

1

1 and Injunctive Relief pursuant to Federal Rules of Civil Procedure 12(b)(1) and
2 12(b)(6). **This motion is made following the conference of counsel that took**
3 **place on May 18, 2023.**
4     This motion to dismiss is brought on the grounds that Plaintiffs lack standing
5 and their claims are not ripe, and the Amended Complaint fails to state a claim as a
6 matter of law and cannot be cured by amendment. This motion is based on this
7 Notice, the Memorandum of Points and Authorities, the Request for Judicial
8 Notice, the papers and pleadings on file in this action, and upon such matters as
9 may be presented to the Court at the time of the hearing.

Dated: May 25, 2023                        Respectfully submitted,

                                                           ROB BONTA
                                                            Attorney General of California
                                                            PAUL STEIN
                                                            Supervising Deputy Attorney General

                                                            */s/ Sharon L. O'Grady*
                                                            SHARON L. O'GRADY
                                                            Deputy Attorney General
                                                            *Attorneys for Defendant Rob Bonta,*
                                                            *in his official capacity as Attorney*
                                                            *General of California*

SA2023302140

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Minds, Inc., et al. v. Robert Bonta** | No. | **2:23-cv-02705- RGK-MAAx** |

I hereby certify that on <u>May 25, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**
- **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT WITH APPENDIX**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT WITH EXHIBITS 1-6**
- **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 25, 2023</u>, at San Francisco, California.

| K. Figueroa-Lee | *[signature]* |
|---|---|
| Declarant | Signature |

SA2023302140
43717691.docx