ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3834
  Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MINDS, INC., ET AL,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA,**<br><br>Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: June 26, 2023<br>Time: 9:00 am<br>Courtroom: 10B<br>Judge: The Honorable R. Gary Klausner<br>Trial Date: None set<br>Action Filed: April 13, 2023 |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, requests that the Court take judicial notice of publicly available government records that are not subject to reasonable dispute and whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *United States v. Corinthian Colleges*, 655 F.3d 984, 998-90 (9th Cir. 2011).

First, Defendant asks the Court to take judicial notice of the existence and terms of the following documents which are legislative history for California Assembly Bill No. 587 (2021-2022 Reg. Sess) ("AB 587"):

Exhibit 1: *Social Media Companies: Terms of Service,* Assembly Committee on Judiciary Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended March 25, 2021, date of hearing Apr. 27, 2022 (Apr. 24, 2022).

Exhibit 2: *Social Media Companies: Terms of Service*, Senate Judiciary Committee Report on Assembly Bill 587 (2021-2022 Reg. Sess.), as amended June 23, 2022, date of hearing June 28, 2022 (June 25, 2022).

Exhibit 3: *Social Media Companies: Terms of Service*, Senate Rules Committee Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended Aug. 11, 2022 (Aug. 26, 2022).

Exhibit 4: *Social Media Companies: Terms of Service*, Assembly Committee on Judiciary Analysis of Assembly Bill 587 (2021-2022 Reg. Sess.), as amended March 25, 2021, date of hearing Apr. 27, 2021 (Apr. 24, 2021).

It is well settled that legislative history is properly the subject of judicial notice. *See, e.g.*, *Geo Group, Inc. v. Newsom*, 50 F.4th 745, 767 & n.5 (9th Cir. 2022); *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F.3d 1109, 1120 n.8 (9th Cir. 2013); *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012); *Estate of Graham v. Sotheby's Inc.*, 860 F. Supp. 2d 1117, 1125 n.6 (C.D. Cal. 2012) (holding that legislative history is properly the subject of judicial notice).  The legislative history for AB 587 is relevant to show the California Legislature's intent in enacting the statute and the substantial state interest served by the statute.

Second, Defendant asks the court to take judicial notice of the following documents which are official government records:

Exhibit 5:  Press Release, Office of Governor Gavin Newsom, *Governor Newsom Signs Nation-Leading Social Media Transparency Measure* (Sept. 13,

2

2022).  Exhibit 5 is the press release issued when Governor Newsom signed AB 587, and is cited, and is partially quoted, at paragraphs 21 and 62 of the [First] Amended Complaint, Docket entry 20 ("FAC").

Exhibit 6:  Letter from Attorney General Bonta to Meta Platforms, Inc., YouTube, Inc., Twitter, Inc., TickTok Inc. and Reddit Inc. (Nov. 3, 2022), which is cited and partially quoted at paragraphs 22-24 of the FAC.

As discussed in the Memorandum in Support of Defendant's Motion to Dismiss Amended Complaint, Docket entry 23-1, these documents are not legislative history for AB 587, because they were not available to the Legislature when it considered AB 587 (and indeed were not created until after the Legislature passed AB 587).  Under California law, a statute's true legislative history consists of the materials relating to the bill that the whole California Legislature had available when deliberating over the bill.  *Noori v. Countrywide Payroll & HR Solutions, Inc.*, 257 Cal. Rptr. 3d 102, 110 n. 11 (Cal. Ct. App. 2019).  However, Plaintiffs seek to rely on these documents to establish their claims, and the documents are public records available on official government websites, and their authenticity is not subject to reasonable dispute.

Dated:  May 25, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

//s// *Sharon L. O'Grady*
SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for  Defendant*

SA2023302140

3

# DECLARATION OF COUNSEL

I, Sharon L. O'Grady, declare as follows:

1. I am a Deputy Attorney General for the State of California and am counsel of record for Defendant in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify to the truth thereof.

Exhibits 1 through 4 are true and correct copies of publicly available government records that are currently posted on the Official California Legislative Information website, https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220AB587 [as of April 24, 2023].

Exhibit 5 is a true and correct copy of a publicly available government record posted on the official website of the Office of Governor Newsom, https://www.gov.ca.gov/2022/09/13/governor-newsom-signs-nation-leading-social-media-transparency-measure/ [as of May 1, 2023].

Exhibit 6 is a true and correct copy of a publicly available government record posted on the official website of the Office of Governor Newsom, https://oag.ca.gov/news/press-releases/attorney-general-bonta-calls-social-media-companies-stop-spread-disinformation [as of May 1, 2023].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Berkeley, California on May 25, 2021.

*/s/ Sharon L. O'Grady*
_____
SHARON L. O'GRADY