Name and address:
Michael P. Farris
National Religious Broadcasters
660 N. Capitol Street Northwest
Suite 210
Washington, DC 20001

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,

Plaintiff(s),

v.

ROBERT A. BONTA, Attorney General of California, in his official capacity,

Defendant(s).

CASE NUMBER
2:23-cv-02705-RGK-MAA

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE

INSTRUCTIONS FOR APPLICANTS

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

SECTION I - INFORMATION

Farris, Michael P.
Applicant's Name (Last Name, First Name & Middle Initial)

National Religious Broadcasters
Firm/Agency Name

660 N. Capitol Street Northwest
Street Address

Suite 210

Washington, DC 20001
City, State, Zip Code

202-543-0073                202-543-2649
Telephone Number            Fax Number

mfarris@nrb.org
E-mail Address

☐ check here if federal government attorney

I have been retained to represent the following parties:

National Religious Broadcasters
Name(s) of Party(ies) Represented

☒ Plaintiff(s) ☐ Defendant(s) ☐ Other:
☐ Plaintiff(s) ☐ Defendant(s) ☐ Other:

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Washington State | 10/27/1976 | Yes |
| District of Columbia | 1/29/1985 | Yes |
| U.S. Supreme Court | Jan 1980 | Yes |

G-64 (09/20)  APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE  Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/22/23

Michael P. Farris
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

### SECTION III - DESIGNATION OF LOCAL COUNSEL

*Designee's Name (Last Name, First Name & Middle Initial)*
Gates, Sean P.

*Firm/Agency Name*
CHARIS LEX P.C.

*Street Address*
225 S. Lake Ave.
Suite 300

*City, State, Zip Code*
Pasadena, CA 91101

*Telephone Number*   *Fax Number*
626-508-1715         626-508-1730

*Email Address*
sgates@charislex.com

*Designee's California State Bar Number*
186247

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  5-26-23

*Designee's Name (please type or print)*
Sean P. Gates

*Designee's Signature*
/s/ Sean P. Gates

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Federal Courts with Admission Date:

US District Court for the District of Columbia (admitted in March 1985; Bar No. 385969)
United States Courts of Appeals for the District of Columbia (April 1996)
U.S. Court of Appeals for the Armed Forces (March 1996)
U.S. Court of Appeals for the First Circuit (December 1993)
U.S. Court of Appeals for the Second Circuit (January 1988)
U.S. Court of Appeals for the Third Circuit (August 1987)
U.S. Court of Appeals for the Fourth Circuit (May 1987)
U.S. Court of Appeals for the Sixth Circuit (April 1984)
U.S. Court of Appeals for the Eighth Circuit (September 1983)
U.S. Court of Appeals for the Ninth Circuit (May 1984)
U.S. Court of Appeals for the Eleventh Circuit (April 2003)
U.S. Court of Appeals for the Federal Circuit (April 2005)
Eastern District Court of Washington State (November 1976)
Western District Court of Washington State (April 1979)
U.S. District Court for the District of Nebraska (May 1983)
U.S. District Court for the District of Colorado (August 2016)

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION ) BAR NO. 6883
OF ) CERTIFICATE
MICHAEL P. FARRIS ) OF
TO PRACTICE IN THE COURTS OF THIS STATE ) GOOD STANDING

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

## MICHAEL P. FARRIS



was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 27, 1976, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 16th day of May, 2023.

*Sarah Pendleton*
Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael P Farris

was duly qualified and admitted on January 29, 1985 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 16, 2023.

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.