Sean P. Gates (SBN 186247)
sgates@charislex.com
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
(626) 508-1715

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Minds, Inc., et al. | CASE NUMBER |
|---|---|
|  | 2:23-cv-02705-RGK-MAA |
| Plaintiff(s) |  |
| v. |  |
| Robert A. Bonta, Attorney General of California | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) |  |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Farris, Michael P. | of | National Religious Broadcasters |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 600 N. Capitol Street, NW, Suite 210 |
| 202-543-0073    202-543-2649 | | Washington, DC 20001 |
| *Telephone Number*   *Fax Number* | | |
| mfarris@nrb.org | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

National Religious Broadcasters

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Gates, Sean P. | of | CHARIS LEX P.C. |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 225 S. Lake Ave., Ste. 300 |
| 186247    626-508-1715    6265081730 | | Pasadena, CA 91101 |
| *Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number* | | |
| sgates@charislex.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**