Sean P. Gates (SBN 186247)
sgates@charislex.com
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
(626) 508-1715

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minds, Inc., et al.<br><br>                              Plaintiff(s)<br>v.<br>Robert A. Bonta, Attorney General of California<br><br>                             Defendant(s). | CASE NUMBER<br><br>2:23-cv-02705-RGK-MAA<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [24] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Farris, Michael P.
*Applicant's Name (Last Name, First Name & Middle Initial)*
202-543-0073      202-543-2649
*Telephone Number*     *Fax Number*
mfarris@nrb.org
*E-Mail Address*

of National Religious Broadcasters
600 N. Capitol Street, NW, Suite 210
Washington, DC 20001
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

National Religious Broadcasters

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Gates, Sean P.
*Designee's Name (Last Name, First Name & Middle Initial)*
186247    626-508-1715    6265081730
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
sgates@charislex.com
*E-Mail Address*

of CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: 5/26/2023            *[signature: Gary Klausner]*
                                                          U.S. District Judge/~~U.S. Magistrate Judge~~