1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  SHARON L. O'GRADY
   Deputy Attorney General
4  State Bar No. 102356
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3834
6   Fax:  (415) 703-1234
    E-mail:  Sharon.OGrady@doj.ca.gov
7  *Attorneys for Attorney General, State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MINDS, INC., et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>　　　　　　　　　　Defendant. | 2:23-cv-02705- RGK-MAAx<br><br>**ERRATA TO DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　　June 26, 2023<br>Time:　　　　9:00 am<br>Courtroom:　Roybal 850<br>Judge:　　　The Honorable R. Gary Klausner<br>Trial Date:　None set<br>Action Filed: April 13, 2023 |

　　　Defendant respectfully submits this errata to the Defendant's Notice of Motion and Motion to Dismiss Amended Complaint, Docket entry 23.

　　　At page 1, lines 25-26, "Courtroom 10 B, 350 W. First Street," should be changed to "Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor."

| | | |
|---|---|---|
| 1 | Dated: June 12, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | PAUL STEIN |
| 4 | | Supervising Deputy Attorney General |
| 5 | | |
| 6 | | */s/ Sharon L. O'Grady* |
| | | SHARON L. O'GRADY |
| 7 | | Deputy Attorney General |
| | | *Attorneys for Attorney General, State of California* |
| 8 | | |
| 9 | SA2023302140 | |
| | 43753148.docx | |

SA2023302140
43753148.docx

## CERTIFICATE OF SERVICE

| Case Name: | **Minds, Inc., et al. v. Robert Bonta** | No. | **2:23-cv-02705- RGK-MAAx** |
|---|---|---|---|

I hereby certify that on June 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ERRATA TO DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 12, 2023, at San Francisco, California.

K. Figueroa-Lee
Declarant

/s/ Signature

SA2023302140
43753150.docx