JAMES R. LAWRENCE, III (admitted *pro hac vice*)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, National Religious Broadcasters*

MICHAEL P. FARRIS (admitted *pro hac vice*)
mfarris@nrb.com
NATIONAL RELIGIOUS BROADCASTERS
600 N. Capitol Street, N.W., Suite 210
Washington, DC 20001
Phone: 202.543.0073
Facsimile: 202.543.2649

*Attorney for Plaintiff National Religious Broadcasters*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. BONTA, Attorney General of California, in his official capacity, <br><br> Defendant. | Case No.: 2:23-cv-02705-RGK-MAA <br><br> **JOINT RULE 26(f) REPORT** <br><br> **Scheduling Conference** <br> Date: June 26, 2023 <br> Time: 9:00 AM <br> Courtroom: Roybal 850 |

After a conference held on June 1, 2023, plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, and National Religious Broadcasters and defendant Robert A. Bonta submit this Joint Rule 26(f) Report:

## I. STATEMENT OF THE CASE

This case is a challenge to a newly enacted California statute, AB 587, codified as Business & Professions Code §§ 22675 – 22681. The statute imposes certain requirements on companies that own or operate social media platforms. Plaintiffs allege that AB 587 will result in the chilling or censoring of their speech in violation of the First Amendment. Defendant contends that AB 587 merely requires social media companies to make certain disclosures and that the statute will not infringe plaintiffs' First Amendment rights.

## II. DISCOVERY PLAN

### A. INITIAL DISCLOSURES

Given the nature of the complaint and defendant's pending motion to dismiss, the parties have agreed that disclosures under Rule 26(a) will be made fourteen days after the Court's ruling on the motion to dismiss.

### B. SUBJECTS AND TIMING OF DISCOVERY

The subjects of discovery will be the impact of AB 587 on plaintiffs, social media platforms, and users of social media platforms.

The parties do not believe that discovery should be conducted in phases or be limited to or focused on particular issues.

The parties propose a fact discovery cutoff on February 11, 2024.

### C. ELECTRONICALLY STORED INFORMATION

The parties do not anticipate any issues regarding the disclosure, discovery, or preservation of electronically stored information.

### D. PRIVILEGE ISSUES

The parties will seek to include a claw-back procedure in a protective order governing discovery materials.

### E. LIMITATIONS ON DISCOVERY

The parties do not believe any changes should be made in the limitations on discovery imposed under the rules or by local rule.

### F. OTHER ORDERS

The parties do not request any other orders under Rule 26(c) or under Rule 16(b) and (c).

## III. MANUAL FOR COMPLEX LITIGATION

The parties do not believe the procedures of the Manual For Complex Litigation should be utilized in this case.

## IV. MOTION SCHEDULE

The parties propose a motion cutoff date of April 22, 2024

## V. ADR

The parties agree to ADR Procedure No. 1, settlement proceedings before the district judge or magistrate judge assigned to the case.

## VI. TRIAL ESTIMATE

The parties preliminarily estimate 3-5 days for trial of this matter.

## VII. ADDITIONAL PARTIES

The parties do not currently anticipate the appearance of additional parties.

## VIII. EXPERT WITNESSES

The parties propose disclosures under Fed. R. Civ. P. 26(a)(2) as follows:

    Initial expert disclosures:  March 1, 2024

    Rebuttal expert disclosures:  April 1, 2024

| | | |
|---|---|---|
| Dated: June 13, 2023 | | ENVISAGE LAW<br>CHARIS LEX |
| | | By:   /s/ *James R. Lawrence*<br>       James R. Lawrence, III |
| | | Attorneys for Plaintiffs Minds, Inc.,<br>Tim Pool, The Babylon Bee LLC, and<br>National Religious Broadcasters |
| Dated: June 13, 2023 | | ROB BONTA<br>Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General |
| | | By:   /s/ *Sharon L. O'Grady*<br>       SHARON L. O'GRADY<br>       Deputy Attorney General |
| | | Attorneys for Defendant Rob Bonta,<br>in his official capacity as Attorney<br>General of California |

### Attestation

I attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          */s/ Sean P. Gates*
          Sean P. Gates