JAMES R. LAWRENCE, III (admitted *pro hac vice*)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiffs Minds, Inc.,*
*Tim Pool, The Babylon Bee LLC,*
*National Religious Broadcasters*

MICHAEL P. FARRIS (admitted *pro hac vice*)
mfarris@nrb.com
NATIONAL RELIGIOUS BROADCASTERS
600 N. Capitol Street, N.W., Suite 210
Washington, DC 20001
Phone: 202.543.0073
Facsimile: 202.543.2649

*Attorney for Plaintiff National Religious Broadcasters*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>    Defendant. | Case No.: 2:23-cv-02705-RGK-MAA<br><br>**PLAINTIFFS' SUPPLEMENTAL STATEMENT RE MOTION TO DISMISS AND PARTICULAR COMPLAINT ALLEGATIONS**<br><br>Date: June 26, 2023<br>Time: 9:00 am<br>Courtroom: Roybal 850 |

SUPPLEMENTAL STATEMENT

Plaintiffs file this supplemental statement to bring to the Court's attention newly discovered facts relevant to defendant's pending motion to dismiss (Dkt 23).

Plaintiffs' amended complaint alleges that "NRB member Salem Media Group Inc. ('Salem Media') owns GodTube.com and TeacherTube.com, both of which allow users to create public profiles, subscribe to other user's channels (thereby populating a list of other users with whom the user connects), and post video content." (Dkt 20 ¶ 16.) On June 15, 2023, Plaintiffs discovered that while this was true at one time, Salem Media has since disabled some of these functions, and does not intend to reenable them, for reasons other than the challenged statute. Accordingly, Plaintiffs no longer allege that Salem Media is subject to the requirements of AB 587. (*See id.* ¶¶ 107, 121.) Plaintiffs maintain the other allegations in the amended complaint, including that Salem has been accused of spreading misinformation. (*Id.* ¶ 102.)

Dated: June 16, 2023

ENVISAGE LAW

By: */s/ James R. Lawrence*
James R. Lawrence, III

Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, and National Religious Broadcasters