1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>　　Defendant. | Case No.: 2:23-cv-02705-RGK-MAA<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2  The Court has considered the joint stipulation of the parties regarding the initial
3 scheduling conference.  Good cause appearing, the scheduling conference set for June 26,
4 2023 is continued to July 10, 2023 at 9:00 AM.
5
6  Dated:                                             By:_____
                                                              Hon. R. Gary Klausner
7                                                              United States District Judge