UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. BONTA, Attorney General of California, in his official capacity,<br><br>Defendant. | Case No.: 2:23-cv-02705-RGK-MAA<br><br>[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE  [32] |

The Court has considered the joint stipulation of the parties regarding the initial scheduling conference. Good cause appearing, the scheduling conference set for June 26, 2023 is continued to July 10, 2023 at 9:00 AM.

Dated: 6/20/2023

By: /s/ Gary Klausner
Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER CONTINUING SCHEDULING CONF.