FILED
CLERK, U.S. DISTRICT COURT
June 20, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge HERNÁN D. VERA | ORDER OF THE CHIEF JUDGE<br><br>**23-074** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Hernán D. Vera,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge R. Gary Klausner to the calendar of Judge Hernán D. Vera:

| | |
|---|---|
| 2:22-cv-06101-RGK-MAAx | Dalie Elyse Young v. Amazon.com Services LLC |
| 2:22-cv-06176-RGK-SKx | BackGrid USA, Inc. v. Source Digital, Inc. et al |
| 2:22-cv-08471-RGK-KSx | Shenzhen Carku Technology Co., Ltd. v. Pilot, Inc. |
| 2:23-cv-00640-RGK-MARx | Covves, LLC v. Target Corporation et al |
| 2:23-cv-01452-RGK-Ex | Investment Recovery Capital, Inc. v. Motcomb Estates, Ltd. et al |
| 2:23-cv-02705-RGK-MAAx | Minds, Inc. et al v. Robert A. Bonta |
| 2:23-cv-03027-RGK-JCx | Jesse Cantu v. Tractor Supply Company et al |
| 2:23-cv-03137-RGK-BFMx | Watch Rapport LLC v. Maverick Bankcard Inc. et al |
| 2:23-cv-03336-RGK-ASx | Feng Zhang v. Dir LA Asylum Ofc et al |
| 2:23-cv-03687-RGK-AFM | C.C. v. Botanic Tonics, LLC |
| 2:23-cv-03940-RGK-KSx | Jonathan Ibarra et al v. Green Messengers, Inc. et al |
| 2:23-cv-04072-RGK-KSx | Maria Cecilia Alamil et al v. Sanofi US Services |

In the Matter of the
Creation of Calendar for
District Judge Hernán Diego Vera                                                                                          2

_____

|  | Inc. et al |
|---|---|
| 2:23-cv-04163-RGK-SKx | Travelers Property Casualty Company of America v. SM Line Corporation |
| 5:23-cv-00942-RGK-JC | Roman Rocha v. Kilolo Kijakazi |

On all documents subsequently filed in the case, please substitute the Judge initials HDV after the case number in place of the initials of the prior Judge.

DATED: June 20, 2023                            _____
                                                                 Chief Judge Philip S. Gutierrez