JAMES R. LAWRENCE, III (admitted *pro hac vice*)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, National Religious Broadcasters*

MICHAEL P. FARRIS (admitted *pro hac vice*)
mfarris@nrb.com
NATIONAL RELIGIOUS BROADCASTERS
600 N. Capitol Street, N.W., Suite 210
Washington, DC 20001
Phone: 202.543.0073
Facsimile: 202.543.2649

*Attorney for Plaintiff National Religious Broadcasters*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT A. BONTA, Attorney General of California, in his official capacity,**<br><br>Defendant. | Case No.: 2:23-cv-02705-HDV-MAA<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT

The parties submit this Joint Case Management Statement per this Court's Reassignment Order (June 23, 2023).

**A. Date case was filed**

The initial complaint was filed April 11, 2023

**B. The parties**

The plaintiffs are:
- Minds, Inc.,
- Tim Pool,
- The Babylon Bee LLC, and
- National Religious Broadcasters

The defendant is Robert A. Bonta, Attorney General of California, in his official capacity.

**C. Summary of the case**

This case is a challenge to a newly enacted California statute, AB 587, codified as Business & Professions Code §§ 22675 – 22681.  The statute imposes certain requirements on companies with annual revenues of $100 million or greater that own or operate social media platforms.  Plaintiffs allege that AB 587 will result in the chilling or censoring of their speech in violation of the First Amendment.

The Amended Complaint has three counts: (1) Violation of the First Amendment: Facial and As-Applied Challenge to AB 587; (2) Violation of the First Amendment: Overbreadth Challenge to AB 587; and (3) Violation of the Fourteenth Amendment: Vagueness Challenge to AB 587.   Plaintiffs seek declaratory and injunctive relief.

Defendant contends that AB 587 merely requires social media companies to make certain disclosures and that the statute will not infringe plaintiffs' First Amendment rights, and is neither overbroad nor vague.

**D. Events underlying the action**

AB 587 was read for the first time in the California Assembly on February 11, 2021.  The bill was enrolled and presented to the governor on September 2, 2022.  It was

signed by California Governor Gavin Newsom and chaptered by the Secretary of State on September 13, 2022.

AB 587 became effective January 1, 2023. Pursuant to AB 587, companies subject to the statute must submit the first semi-annual report to the California Attorney General by January 1, 2024, which reports must cover activity during the third quarter of 2023.

### E. Status of discovery

No discovery has taken place. Prior to the Reassignment Order, given the nature of the complaint and defendant's pending motion to dismiss, the parties had agreed that disclosures under Rule 26(a) will be made fourteen days after the Court's ruling on the motion to dismiss.

### F. Procedural history

Plaintiffs filed an amended complaint on May 15, 2023.

Defendant filed a motion to dismiss on May 25, 2023. The motion is fully briefed, but the case was reassigned before oral argument.

No other motions have been submitted or decided. No ADR proceedings have taken place.

### G. Other deadlines

The case was reassigned prior to the Rule 16(b) scheduling conference. There are no deadlines set in the case.

### H. Magistrate judge

The parties do not consent to a magistrate judge for trial.

### I. Need for case management conference

The parties do not request an immediate case management conference.

| | | |
|---|---|---|
| 1 | Dated: July 7, 2023 | ENVISAGE LAW |
| 2 | | CHARIS LEX |
| 3 | | |
| 4 | | By:   /s/ *James R. Lawrence* |
| | | James R. Lawrence, III |
| 5 | | |
| 6 | | Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, and National Religious Broadcasters |
| 7 | | |
| 8 | | |
| 9 | Dated: July 7, 2023 | ROB BONTA |
| 10 | | Attorney General of California |
| | | PAUL STEIN |
| 11 | | Supervising Deputy Attorney General |
| 12 | | By:   /s/ *Sharon L O'Grady* |
| 13 | | SHARON L. O'GRADY |
| | | Deputy Attorney General |
| 14 | | |
| 15 | | Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California |
| 16 | | |
| 17 | | |

**Attestation**

I attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sean P. Gates*
Sean P. Gates