UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:23-cv-02705-HDV** | Date | August 10, 2023 |
|---|---|---|---|
| Title | ***Minds, Inc., et al. v. Robert A. Bonta*** | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REQUIRING STATUS REPORT**

In light of Plaintiffs' Supplemental Statement Re Motion to Dismiss and Particular Complaint Allegations ("Supplemental Statement") [Dkt. No. 30], the parties are hereby ordered to meet and confer regarding the impact of the Supplemental Statement on the parties' arguments in Defendant's Motion to Dismiss Amended Complaint [Dkt. No. 23], Plaintiffs' Opposition [Dkt. No. 26], and Defendant's Reply [Dkt. No. 28]. The parties are further ordered to file a joint status report, by no later than Monday, August 14, 2023 at 5:00 PM, addressing whether further briefing will aid in the Court's review of the motion and, if so, whether the motion hearing should be rescheduled to a later date.

**IT IS SO ORDERED.**