| | |
|---|---|
| 1 | JAMES R. LAWRENCE, III (admitted *pro hac vice*) |
| 2 | jlawrence@envisage.law |
|   | ENVISAGE LAW |
| 3 | 2601 Oberlin Road, Suite 100 |
|   | Raleigh, North Carolina 27608 |
| 4 | Phone: 919.755.1317 |
|   | Facsimile: 919.782.0452 |
| 5 | |
|   | SEAN P. GATES (SBN 186247) |
| 6 | sgates@charislex.com |
|   | CHARIS LEX P.C. |
| 7 | 225 S. Lake Ave., Ste. 300 |
|   | Pasadena, CA 91101 |
| 8 | Phone: 626.508.1715 |
|   | Facsimile: 626.508.1730 |
| 9 | |
|   | *Attorneys for Plaintiffs Minds, Inc.,* |
| 10 | *Tim Pool, The Babylon Bee LLC,* |
|   | *National Religious Broadcasters* |
| 11 | |
|   | MICHAEL P. FARRIS (admitted *pro hac vice*) |
| 12 | mfarris@nrb.com |
|   | NATIONAL RELIGIOUS BROADCASTERS |
| 13 | 600 N. Capitol Street, N.W., Suite 210 |
|   | Washington, DC 20001 |
| 14 | Phone: 202.543.0073 |
|   | Facsimile: 202.543.2649 |
| 15 | *Attorney for Plaintiff National Religious Broadcasters* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS, | | Case No.: 2:23-cv-02705-HDV-MAA |
| | Plaintiffs, | **JOINT STATUS REPORT** |
| | v. | |
| ROBERT A. BONTA, Attorney General of California, in his official capacity, | | |
| | Defendant. | |

1      The parties submit this Joint Status Report in response to this Court's Minute
2 Order Requiring Status Report dated August 10, 2023. (Dkt. 39.) Counsel for the parties
3 conferred and the parties agree that no further briefing on Defendant's Motion to Dismiss
4 the Amended Complaint (Dkt. 26) is necessary in view of Plaintiffs' Supplemental
5 Statement (Dkt. 30), notifying the Court that plaintiffs were withdrawing the allegation
6 that NBR member Salem Media is subject to the requirements of AB 587 (the arguments
7 relating to this allegation appear in the Memorandum in Support of the Motion (Dkt. 23-
8 1) at pages 10-11), Plaintiffs' Opposition (Dkt. 26) at pages 8-9, and Defendant's Reply
9 (Dkt. 28) at page 5). The issues germane to Defendant's motion that remain have already
10 been briefed for the Court's consideration. The parties are of course willing to provide
11 additional briefing on any matters related to the motion if the Court would find such
12 briefing helpful. If the Court wishes additional briefing, the parties agree that a
13 continuance of the hearing scheduled for August 17, 2023 would be desirable.

Dated: August 14, 2023

ENVISAGE LAW
CHARIS LEX

By: */s/ James R. Lawrence, III*
     James R. Lawrence, III

Attorneys for Plaintiffs Minds, Inc.,
Tim Pool, The Babylon Bee LLC, and
National Religious Broadcasters

Dated: August 14, 2023

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

By: */s/ Sharon L. O'Grady*
     SHARON L. O'GRADY
     Deputy Attorney General

|    |    |
|----|----|
| 1  |    |
| 2  | Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

JOINT STATUS REPORT

## ATTESTATION

I attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ James R. Lawrence, III*
James R. Lawrence, III