UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-02705-HDV (MAAx) | Date | 8/17/23 |
| Title | *Minds, Inc. et al v. Robert A. Bonta* | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):
Sean Gates
James Lawrence, III

Attorney(s) Present for Defendant(s):
DOJ Sharon O'Grady

**Proceedings:   DEFENDANT ROBERT A. BONTA'S MOTION TO DISMISS AMENDED COMPLAINT [23]**

   Having read and considered all documents filed as to the motion referenced above and the oral argument presented today, the Court takes the motion under submission.

**IT IS SO ORDERED.**

Time: / 35