JAMES R. LAWRENCE, III (admitted *pro hac vice*)
jlawrence@envisage.law
ENVISAGE LAW
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608
Phone: 919.755.1317
Facsimile: 919.782.0452

SEAN P. GATES (SBN 186247)
sgates@charislex.com
CHARIS LEX P.C.
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone: 626.508.1715
Facsimile: 626.508.1730

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, National Religious Broadcasters*

MICHAEL P. FARRIS (admitted *pro hac vice*)
mfarris@nrb.com
NATIONAL RELIGIOUS BROADCASTERS
600 N. Capitol Street, N.W., Suite 210
Washington, DC 20001
Phone: 202.543.0073
Facsimile: 202.543.2649

*Attorney for Plaintiff National Religious Broadcasters*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MINDS, INC., TIM POOL, THE BABYLON BEE LLC, and NATIONAL RELIGIOUS BROADCASTERS,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT A. BONTA, Attorney General of California, in his official capacity,**<br><br>**Defendant.** | Case No.: 2:23-cv-02705-HDV-MAA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), given that Defendant has not served an answer or motion for summary judgment in this case, Plaintiffs hereby give notice that they are voluntarily dismissing this action without prejudice.

Dated: September 18, 2023

ENVISAGE LAW
CHARIS LEX

By: */s/ James R. Lawrence, III*
       James R. Lawrence, III

*Attorneys for Plaintiffs Minds, Inc., Tim Pool, The Babylon Bee LLC, and National Religious Broadcasters*